**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO TORRES OCHOA,  )<br>  )<br>              Plaintiff,    )<br>  )<br>vs.   )<br>  )<br>TAFT, SENIOR C/O, *et al.*,  )<br>  )<br>              Defendants.  )<br>_____/ | 3:10-cv-00510-RCJ-VPC<br><br>**ORDER** |

This is a civil rights action submitted by the plaintiff Arturo Ochoa. However, under 28 U.S.C. § 1915(g), Ochoa has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious. Plaintiff has not alleged, and the subject matter of this action does not indicate, that he is in imminent danger of serious physical injury. He must pre-pay the filing fee in full.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that this entire action will be immediately dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of this order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

**IT IS FURTHER ORDERED** that the "letters" filed by plaintiff (docket #s 3, 4, 5, 6) are **STRICKEN**.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE