

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, | |
| Plaintiff, | 3:10-cv-00510-RCJ-VPC |
| vs. | ORDER |
| TAFT, SENIOR C/O, *et al.*, | |
| Defendants. | |

This is a *pro se* civil rights action. By order dated October 19, 2010, the court directed plaintiff to submit the $350.00 filing fee within thirty (30) days (docket #7). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

1       **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee.

      **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE