AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ARTURO TORRES OCHOA,

      Plaintiff,

V.

TAFT, SENIOR C/O, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00510-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for the failure of Plaintiff to comply with this court's order to pay the filing fee.

   12/29/2010                                            **LANCE S. WILSON**
                                                                             Clerk

                                                                          /s/ P. McDonald
                                                                          Deputy Clerk